NO. 07-07-0300-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 6, 2007
_____

KELLY LYNN CHAIRES-DYALS FRY,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 33rd DISTRICT COURT OF BURNET COUNTY;

NO. 17513-C; HON. GUILFORD L. JONES, III, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Kelly Lynn Chaires-Dyals Fry, appeals her conviction for three counts of theft of $1500 or more but less than $20,000. The certification of right to appeal executed by the trial court states that "this is a plea bargain case and the Defendant has NO right of appeal." This circumstance was brought to the attention of appellant, and opportunity was granted her to obtain an amended certification entitling her to appeal. No such certification was received within the time we allotted. Having received no certification

authorizing an appeal, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

The appeal is dismissed.

Per Curiam

Do not publish.